AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LOKEN, JAMES B. | EIGHTH CIRCUIT | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CIRCUIT JUDGE (Active) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse, Suite 11W
300 South Fourth Street
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past President | Federal Bar Association, Minnesota Chapter |
| 2. Member | American Law Institute |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LOKEN, JAMES B.** | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS (All Common) | | | | | | | | | |
| 2. Zimmer Holdings, Inc. | | None | J | T | | | | | |
| 3. Target Corp | B | Dividend | L | T | | | | | |
| 4. Emerson Electric | D | Dividend | M | T | | | | | |
| 5. Exxon Corp. | B | Dividend | K | T | | | | | |
| 6. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 7. XCel Energy, Inc. | C | Dividend | L | T | | | | | |
| 8. Digi International | | None | K | T | Sold (part) | 09/09/11 | K | | |
| 9. Vishay Intertechnology | A | Dividend | J | T | Sold (part) | 01/11/11 | K | D | |
| 10. Vishay Precision Group | | None | J | T | | | | | |
| 11. Amkor Technology | | None | K | T | Buy (add'l) | 09/09/11 | J | | |
| 12. | | | | | Sold (part) | 12/13/11 | J | | |
| 13. Oracle Corp. | A | Dividend | K | T | | | | | |
| 14. Synovis Life Technologies, Inc. | | None | J | T | Sold (part) | 04/15/11 | J | B | |
| 15. Cyberoptics Corp. | | None | K | T | | | | | |
| 16. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 17. Aetrium Inc. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dow Chemical | A | Dividend | J | T | | | | | |
| 19. Cemex S.A. | A | Dividend | | | Sold | 09/09/11 | | | |
| 20. Chesapeake Energy | A | Dividend | J | T | Buy (add'l) | 01/11/11 | J | | |
| 21. Valero Energy | A | Dividend | K | T | Buy (add'l) | 04/25/11 | J | | |
| 22. | | | | | Buy (add'l) | 09/09/11 | J | | |
| 23. Metro Health Network | | None | | | Sold | 01/12/11 | K | D | |
| 24. Intel Corp. | A | Dividend | K | T | | | | | |
| 25. Best Buy Co. | A | Dividend | | | Sold | 12/12/11 | J | | |
| 26. Transocean Ltd. | | None | J | T | | | | | |
| 27. Cardiovascular Systems | | None | K | T | Buy (add'l) | 03/22/11 | J | | |
| 28. Clearfield Inc. | | None | J | T | Sold (part) | 02/11/11 | J | C | |
| 29. Datalink Corp. | | None | | | Sold (part) | 02/14/11 | J | C | |
| 30. | | | | | Sold | 04/28/11 | K | D | |
| 31. LSI Corp. | | None | J | T | | | | | |
| 32. Medtox Scientific | | None | K | T | | | | | |
| 33. Dragonwave Inc. | | None | J | T | Buy (add'l) | 01/19/11 | J | | |
| 34. | | | | | Buy (add'l) | 09/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cree Inc. | | None | J | T | Buy | 01/12/11 | J | | |
| 36. | | | | | Buy (add'l) | 01/19/11 | J | | |
| 37. | | | | | Buy (add'l) | 09/09/11 | J | | |
| 38. General Motors Corp. | | None | J | T | Buy | 01/19/11 | J | | |
| 39. Brocade Communications | | None | J | T | Buy | 04/28/11 | J | | |
| 40. Marvell Tech. Group | | None | K | S | Buy | 02/17/11 | K | | |
| 41. | | | | | Buy (add'l) | 04/15/11 | J | | |
| 42. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 43. Multiband Corp. | | None | K | T | Buy | 05/31/11 | P4 | | |
| 44. MUTUAL FUNDS | | | | | | | | | |
| 45. Columbia Acorn Fund | D | Dividend | M | T | | | | | |
| 46. Fidelity Equity Income Fund II | B | Dividend | L | T | | | | | |
| 47. Fidelity Mn. Tax Free Fund | B | Dividend | K | T | Buy (add'l) | 01/27/11 | K | | |
| 48. Fidelity Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 49. Fidelity Japan Fund | A | Dividend | J | T | | | | | |
| 50. Fidelity Spartan Muni Income Fund | D | Dividend | N | T | | | | | |
| 51. Fidelity Real Estate Fund | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harbor International Fund | C | Dividend | M | T | | | | | |
| 53. Investment Co Amer Fund | C | Dividend | M | T | | | | | |
| 54. Mutual Beacon Fund | D | Dividend | N | T | Sold (part) | 10/31/11 | L | | |
| 55. New Perspective Fund | A | Dividend | L | T | | | | | |
| 56. Oppenheimer Capital Inc Fund | D | Dividend | M | T | | | | | |
| 57. Oppenheimer Strategic Income | C | Dividend | L | T | | | | | |
| 58. Vanguard Fixed Inc Fund S-T | C | Dividend | M | T | | | | | |
| 59. Vanguard Fixed Inc Fund GNMA | D | Dividend | M | T | | | | | |
| 60. Washington Mutual Fund | D | Dividend | M | T | | | | | |
| 61. Vanguard Windsor Fund | A | Dividend | L | T | Buy (add'l) | 06/07/11 | J | | |
| 62. Vanguard Hi-Yield Corp. Fund | B | Dividend | L | T | Buy (add'l) | 06/07/11 | K | | |
| 63. Vanguard Prime MM Fund | | None | J | T | | | | | |
| 64. Vanguard Long Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 65. Vanguard Wellington Fund | B | Dividend | L | T | Buy (add'l) | 06/07/11 | K | | |
| 66. Vanguard Capital Value Fund | A | Dividend | L | T | Buy (add'l) | 06/07/11 | K | | |
| 67. Artisan International Fund | B | Dividend | M | T | | | | | |
| 68. Leuthold Core Inv. Fund | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Selected American Shares Fund | A | Dividend | M | T | | | | | |
| 70. Amer Century Equity Fund | C | Dividend | M | T | | | | | |
| 71. Chase Growth Fund | B | Dividend | L | T | | | | | |
| 72. Dreyfus Minn Muni Fund | B | Dividend | K | T | | | | | |
| 73. Icon Health Care Fund | A | Dividend | L | T | | | | | |
| 74. Matthews Pacific Tiger Fund | B | Dividend | M | T | | | | | |
| 75. Muhlenkamp Fund | A | Dividend | L | T | Buy (add'l) | 11/10/11 | K | | |
| 76. Matthews Asia Dividend Fund | A | Dividend | K | T | Buy | 06/09/11 | K | | |
| 77. | | | | | Buy (add'l) | 11/10/11 | K | | |
| 78. MISC. | | | | | | | | | |
| 79. F&B Building Partnership | | None | J | W | | | | | |
| 80. RBS Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 81. Schwab Advance Cash Reserve Fund | A | Dividend | K | T | | | | | |
| 82. Wells Fargo Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ JAMES B. LOKEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544